IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| KIMBERLY WILLIAMS,<br>    Petitioner,<br><br>VS.<br><br>JODY R. UPTON, Warden,<br>FMC-Carswell,<br>    Respondent. | )<br>)<br>)<br>)<br>)   CIVIL ACTION NO. 4:13-CV-722-C<br>)<br>)<br>)<br>) |

## ORDER ADOPTING
## MAGISTRATE JUDGE'S FINDINGS AND CONCLUSIONS

In this action brought by Petitioner, Kimberly Williams, under 28 U.S.C. § 2241, the Court has made an independent review of the following matters in the above-styled and numbered cause:

1. The pleadings and record;

2. The proposed findings, conclusions, and recommendation of the United States magistrate judge filed on January 21, 2014; and

3. The Petitioner's written objections to the proposed findings, conclusions, and recommendation of the United States magistrate judge filed on February 12, 2014.

The Court, after **de novo** review, concludes that the Petitioner's objections must be overruled, and the petition for writ of habeas corpus under 28 U.S.C. § 2241 should be denied, in part, and dismissed for lack of jurisdiction, in part, for the reasons stated in the magistrate judge's findings and conclusions.

Therefore, it is ORDERED that the findings, conclusions, and recommendation of the magistrate judge are ADOPTED.

Further, it is ORDERED that Kimberly Williams' petition for writ of habeas corpus under 28 U.S.C. § 2241 ground two—that the Bureau of Prisons has failed to award her sentence credit—is DENIED; and the petition for writ of habeas corpus remaining grounds one, three, and four, are DISMISSED for lack of jurisdiction.

Dated March 7, 2014.

SAM R. CUMMINGS
UNITED STATES DISTRICT JUDGE